

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00412-CR

Javier **CARDENAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR1577
Honorable Steve Hilbig, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
          Karen Angelini, Justice
          Marialyn Barnard, Justice

Delivered and Filed: December 23, 2015

DISMISSED

Appellant has filed a motion to dismiss this appeal by withdrawing his notice of appeal.

The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH